IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG 2 6 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| CONCIERGE AUCTIONS, LLC,<br>PETITIONER, | §<br>§<br>§ | |
| V. | § | CAUSE NO. A-21-CV-00894-LY |
| ICB PROPERTIES OF MIAMI, LLC,<br>RESPONDENT. | §<br>§<br>§<br>§ | |

## ORDER ON REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered action, by which Petitioner Concierge Auctions, LLC requests that the court confirm the arbitration award in *Concierge Auctions, LLC v. ICB Properties of Miami, LLC*, AAA Case No. 01-19-0002-9747 (July 21, 2021). *See* 9 U.S.C. § 9 ("Final Award"). The court referred this action for all purposes to the United States Magistrate Judge. *See* 28 U.S.C. § 636(b)(1). Before the court is the Report and Recommendation of the United States Magistrate Judge filed June 30, 2022 (Doc. #18). The report and recommendation addressed Concierge Auction's request to confirm the Final Award, Respondent ICB Properties of Miami, LLC's Motion to Vacate the Arbitration Award dated July 26, 2021, filed October 26, 2021 (Doc. #10), Concierge Auctions's Memorandum in Opposition to Respondent ICB Properties of Miami, LLC's motion and Concierge Auctions' affidavit in support filed December 1, 2021 (Docs. ##13 & 14), and ICB Properties's reply filed December 23, 2021 (Doc. #17). The report and recommendation suggests that the court grant Concierge Auctions's request to confirm the Final Award, deny ICB Properties's motion to vacate the Final Award, and render a final judgment that Concierge Auctions recover from IBC Properties of Miami $232, 417.70, with interest from July 26, 2021, which would confirm the attorney's fees and expenses ordered by the arbitrator to be awarded

to Concierge Auctions s well as the conditional attorney's fees awarded to Concierge Auctions by the Final Award in the event ICB Properties unsuccessfully opposed the petition, and close the case.[1] All parties received the report and recommendation on June 30, 2022.

A party may serve and file specific written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing a *de novo* review by the district court. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Objections, if any, were due to be filed on or before July 17, 2022. ICB Properties filed objections to the report and recommendation on July 14, 2022 (Doc. #19), Concierge Auctions responded on July 28, 2022 (Doc. #20), and ICB Properties filed a reply on August 12, 2022 (Doc. #22). In light of the objections, the court has undertaken a *de novo* review of the entire case file.

Having considered the petition, motion, response, reply, objections, the case file, and the applicable law, the court will overrule the objections and will accept and adopt the report and recommendation for substantially the reasons stated therein.

**IT IS ORDERED** that ICB Properties's Objections to the Magistrate Judge's Report and Recommendations Affirming the Arbitral Award filed July 14, 2022 (Doc. #19) are **OVERRULED**.

**IT IS FURTHER ORDERED** that for substantially the reasons stated therein the Report and Recommendation of the United States Magistrate Judge filed June 30, 2022 (Doc. #18) is **ACCEPTED AND ADOPTED**.

---

[1] Neither ICB Properties nor Concierge Auctions challenged any costs assessed after the arbitration proceeding, and none are at issue here.

**IT IS FURTHER ORDERED** that the Respondent's Motion to Vacate Arbitration Award Dated July 26, 2021 (Doc. #10) is **DENIED**.

**IT IS FURTHER ORDERED** that the Final Arbitration Award dated July 26, 2021, is in all respects **CONFIRMED**.  *See* 9 U.S.C. § 9.

**IT IS FURTHER ORDERED** that ICB Properties shall pay to Concierge Auctions, LLC, $232, 417.70, with interest running from July 26, 2021.

SIGNED this 26th day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE