IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CONCIERGE AUCTIONS, LLC, | § | |
| PETITIONER, | § | |
| | § | |
| V. | § | CAUSE NO. A-21-CV-00894-LY |
| | § | |
| ICB PROPERTIES OF MIAMI, LLC, | § | |
| RESPONDENT. | § | |
| | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered action.  By separate order, the court confirmed the Final Award rendered in *Concierge Auctions, LLC v. ICB Properties*, AAA Case No. 01-19-0002-9747 (July 26, 2021).  As no disputes remain among the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that FINAL JUDGMENT is rendered in favor of Petitioner Concierge Auctions, LLC and against Respondent ICB Properties of Miami, LLC in the amount of $232,417.70, with interest from July 26, 2021.

IT IS FURTHER ORDERED that Respondent ICB Properties of Miami, LLC shall bear all costs of court.

IT IS FINALLY ORDERED that this action is hereby CLOSED.

SIGNED this _____ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE