IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CONCIERGE AUCTIONS, LLC, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:21-CV-894-RP |
| | § | |
| ICB PROPERTIES OF MIAMI, LLC, | § | |
| | § | |
| Respondent. | § | |

## AMENDED FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Petitioner Concierge Auctions, LLC's ("Concierge") Opposed Motion for Award of Attorney's Fees After Appeal, (Dkt. 33). (R. & R., Dkt. 36). The Court granted the motion for attorney's fees.

**IT IS ORDERED** that Concierge shall recover from Respondent ICB Properties of Miami, LLC $85,000 in appellate attorney's fees, plus post-judgment interest from August 7, 2023 at a rate calculated pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** on February 22, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE